UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS BARRCENA, | ) | CASE NO. CV 14-535-PJW |
| Petitioner, | ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| AUDREY KING, ET AL., | ) ) | |
| Respondents. | ) ) | |

For the reasons set forth in the Memorandum Opinion and Order filed herewith, the Petition is denied and the action is dismissed without prejudice.

Dated: 7/8/14

*Patrick J. Walsh*
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\BARRCENA, J 535\Judgment.wpd